UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>SAMUEL BAASCH,<br><br>   Defendant. | Case No. CR 03-0398(A)-RMT-22<br><br>ORDER GRANTING MOTION<br>TO CORRECT SENTENCE |

This matter having come before the court on the second motion by defendant Samuel Baasch to correct sentence in order to reflect the intent of the parties and, pursuant to Federal Rule of Criminal Procedure 36, the court having found good cause therefor,

IT IS ORDERED that the second motion by defendant Samuel Baasch to correct sentence is granted; the language of the Judgment and Commitment Order shall be amended to read as follows:

//
//
//
//

1

|    |    |
|----|----|
| 1  | Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that the defendant, Samuel Baasch is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: time served as charged in count one of the First Superseding Indictment. |

Dated: October 31, 2008

                                      ROBERT M. TAKASUGI
                                    United States District Sr. Judge

cc: USM, BOP, USPO